McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

FILED

NOV 06 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:03CR5073 AWI |
| Plaintiff, ) | |
| ) | MOTION AND ORDER FOR |
| v. ) | DISMISSAL OF INDICTMENT |
| ) | |
| RAFAEL MACIEL TORRES, ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against RAFAEL MACIEL TORRES, in the interest of justice and without prejudice.

DATED: October 31, 2008               Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                  By: /s/ Sheila K. Oberto
                                      SHEILA K. OBERTO
                                      Assistant U.S. Attorney

1

McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:03CR5073 AWI |
| Plaintiff, | |
| v. | ORDER |
| RAFAEL MACIEL TORRES, | |
| Defendant. | |

IT IS HEREBY ORDERED, that the Indictment against RAFAEL MACIEL TORRES, be dismissed in the interest of justice and without prejudice.

DATED: 11-6-08

ANTHONY W. ISHII
U.S. District Court Judge