

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>RAFAEL TORRES RAMOS,<br>aka RAFAEL RAMOS-TORRES<br>Defendant. | 1:03-CR-05073-003 AWI<br><br>ORDER EXONERATING BOND |

On November 06, 2008 the Indictment against the above-named defendant was dismissed by the Honorable Anthony W. Ishii.

The Cash Bond received March 14, 2003 (Receipt #197256) in the amount of $5,000.00, posted by Maria L. Maciel Ramos is exonerated. The bond money plus any accrued interest is to be returned to the surety.

IT IS SO ORDERED.

Dated: 5-1-19

HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE